# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

GERALD HOWELL,                 :   No. 19 EAP 2020

           Appellant            :

            v.                  :

TOM WOLF, GOVERNOR OF     :
PENNSYLVANIA, AND THE GENERAL  :
ASSEMBLY,                     :

           Appellees            :

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of February, 2021, the "Motion for Extension of Time Nunc Pro Tunc" is DENIED.   Given the absence of a brief from Appellant, the appeal is DISMISSED.   *Cf.* Pa.R.A.P. 2188 (allowing for the dismissal of an appeal for the appellant's failure to file a brief).